AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>PAUL S. KUBE<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 6:19-MJ-60 JDP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2019 _____ in _ Yosemite National Park _ in the

_ Eastern _ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 1) 18 U.S.C. 2261(a)(1)<br>2) Title 36, CFR 2.35(c)<br>3) Title 36, CFR 2.34(a)(3) | 1) Domestic Violence in the Special And Maritime Jurisdiction of the United States - defendant, who was in Yosemite National Park, within the Special and Maritime jurisdiction of the United States, did with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and in the course of or as a result of such presence, committed or attempted to commit a crime of violence, to wit, assault in violation of 18 USC 113(a)(4), against that spouse, intimate partner, or dating partner.<br>2 & 3) Under the Influence and Disorderly conduct |

This criminal complaint is based on these facts:

See Affidavit of Ranger Paul Holthouse, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☑ Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3).

☐ Sworn to before me and signed in my presence.

Date: _____ 9/6/19 _____

City and state: _____ Fresno, California _____

_____
*Complainant's signature*

Paul Holthouse, U.S. Park Ranger
*Printed name and title*

_____
*Judge's signature*

Erica P. Grosjean, U.S. Magistrate Judge
*Printed name and title*

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

V.

Paul S Kube

**DOCKET NUMBER:**

I, Paul Holthouse, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Paul S Kube did or was:

**Count 1:** A person who is present within the special maritime and territorial jurisdiction of the United States, with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such presence, commits or attempts to commit a crime of violence against that spouse, intimate partner, or dating partner. Title 18 United States Code § 2261
**Maximum penalty: 5 years imprisonment, $250,000 fine, 3 years supervised release**

**Count 2:** Presence in a park are while under the influence to a degree that renders one a danger to self or others in violation of Title 36 Code of Federal Regulations 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine.**

**Count 3:** Disorderly conduct: unreasonable noise in violation of Title 36 Code of Federal Regulations 2.34(a)(3)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine.**

I further state I am U.S. Park Ranger and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On 09/05/2019 at approximately 2230 hours United States Park Ranger Julian DuPont and Nicole Gruver were contacted by Yosemite Dispatch to respond to the 500 loop of Crane Flat Campground, in the exclusive jurisdiction of Yosemite National Park, for a report of a Domestic Violence incident that was both verbal and physical. The report to Yosemite Dispatch came from the camp host at Crane Flat.

When Rangers DuPont and Gruver arrived at site 544 they identified one involved female and a group in the site 15 feet away. Ranger DuPont contacted the group and determined they were all

Speedy Trial Act Applies: **Yes**

U.S. v. Paul S. Kube
Criminal Complaint

witnesses. One witness stated to Ranger DuPont that he observed an argument between a male, and the female Ranger Gruver was contacting, later identified as KUBE's wife. The witness stated that he watched the male then strike the female in the face with a closed fist. The witnesses stated the male was sleeping in his tent which was on top of his truck.

Ranger DuPont then noticed a light came on in the tent and contacted the sole male occupant, later identified as Paul KUBE. KUBE appeared to be disheveled and had glassy bloodshot eyes. KUBE agreed to come down from the tent and talk to Ranger DuPont.

Ranger DuPont observed KUBE to struggle using the ladder and appeared to have an unsteady gait once on the ground. KUBE smelled very strongly of alcoholic beverage. Ranger DuPont began interviewing KUBE and noticed that blood was actively dripping from his hand. KUBE had blood on his foot and legs. When asked, KUBE stated that he did not know how his had got cut. Ranger DuPont detained KUBE in handcuffs and advised KUBE of his Miranda Rights, which KUBE waived. Ranger DuPont inspected the wound and observed a small contusion where KUBE's metal ring was which was consistent with an injury that might occur when striking an object with a closed fist while wearing a ring.

Ranger Gruver conducted an interview with the victim who stated that the KUBE had attempted to grab a knife from her while she was cutting vegetables, during their argument which caused an additional laceration to his hand. KUBE had not made any attempt to stop the bleeding despite being on blood thinners and his truck, tent and clothing all had visible blood on them.

Ranger DuPont interviewed the witnesses and got statements from four individuals one of whom saw KUBE strike the victim and three who heard the verbal argument and a sound that they believed was KUBE striking the victim. All of the witnesses were less than 25 feet away when the verbal argument and physical altercation occurred. All of the witnesses stated that prior to the physical altercation KUBE was yelling that the victim was "such an asshole" and "dipshit" one witness stated KUBE called the victim an asshole more than ten times.

On the afternoon of 09/06/2019, Ranger Fey talked to the victim. The victim told Ranger Fey that she has been married to KUBE for 2 years and has known him for 4 years. The victim stated to Ranger Fey that she lives with KUBE in Washington state. Ranger Fey noticed that the victim had significant swelling under her right eye. The victim told Ranger Fey that the Sheriff's had been called to their residence multiple times because of their past disputes.

///

///

///

Speedy Trial Act Applies: **Yes**

U.S. v. Paul S. Kube
Criminal Complaint

Ranger DuPont placed KUBE under arrest for violations of Title 18 United States Code 2261 for domestic violence and Title 36 Code of Federal Regulations 2.35(c) for being intoxicated to a degree that renders one a danger to self or others. While Ranger DuPont was conducting a search of his person incident to arrest KUBE started to yell profanities at officers in the middle of a busy campground. KUBE denied drinking, having an argument or punching the victim.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_09/06/2019_
Date

_____
Paul Holthouse
U.S. Park Ranger
Yosemite National Park, CA

Sworn to me in accordance with Fed.R.Crim.P 4.1:

_9/6/19_
Date

_____
Honorable Erica. P. Grosjean
United States Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **Yes**

U.S. v. Paul S. Kube
Criminal Complaint

Page **3** of **3**