1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 7636 N. Ingram Ave., #104
Fresno, California  93711
3 Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4 carol@yosemitelawyer.com

5 Attorney for Defendant,
PAUL S. KUBE
6
                       UNITED STATES DISTRICT COURT
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-mj-00060-JDP |
| --- | --- | --- |
|  | ) |  |
11 | Plaintiff, | ) | REQUEST FOR RULE 10 WAIVER |
|  | ) | OF PERSONAL APPEARANCE FOR |
12 |  | ) | PLEA ON THE INDICTMENT AND |
| vs. | ) | NONDISPOSITIVE HEARINGS AND |
13 |  | ) | ACKNOWLEDGMENT OF RECEIPT OF |
|  | ) | INDICTMENT; ORDER |
14 | PAUL S. KUBE, | ) | THEREON |
|  | ) |  |
15 |  | ) | Date:   November 22, 2019 |
| Defendant. | ) | Time:   2:00 PM |
16 | _____ | ) | Judge:  Hon. Stanley A. Boone |

17

18        Pursuant to Federal Rule of Criminal Procedure 10(b)(2), Defendant PAUL S. KUBE,

19 having been advised of his right to be present at all stages of proceedings, hereby requests this

20 Court permit him to waive his right to personally appear for his Plea on the anticipated Indictment

21 on November 22, 2019 at 2:00 PM and for all subsequent nondispositive hearings. Pursuant to

22 Fed. R. Crim. P. 10 a defendant need not be present for the arraignment on an indictment if
         (1) The defendant has been charged by an indictment or misdemeanor information;
23       (2) The defendant, in a written waiver signed by both the defendant and defense counsel,
             has waived appearance and has affirmed that the defendant received a copy of the
24           indictment or information and that the plea is not guilty; and
25       (3) The court accepts the waiver

26        Based on an incident that occurred in Yosemite National Park on September 5, 2019, a

27 Criminal Complaint was filed on September 6, 2019 alleging that Mr. Kube committed the

28 following acts: one count of 18 U.S.C. 2261(a)(1) – Domestic violence in the Special Territorial

1

1  and Maritime Jurisdiction of the United States with the intent to kill, injure, harass, or intimidate
2  spouse, intimate partner, or dating partner, and who, in the course of or as a result of such
3  presence, commits of attempts to commit a crime of violence against that spouse, intimate
4  partner, or dating partner; one count of 36 C.F.R. 2.35(c) – Presence in a park area when under
5  the influence to a degree that may endanger oneself or another person; and one count of 36 C.F.R.
6  2.34(a)(3) – Disorderly conduct: makes noise that is unreasonable.
7      A Plea on the Indictment or a Preliminary Hearing is scheduled for November 22, 2019.
8      Mr. Kube is a resident of East Wenatchee, Washington. He is a partner in the law firm
9  Lacy Kane & Kube in that area. There is a Location Monitoring Component in the form of an
10 Electronic Monitoring Device as part of one Pretrial Release Condition. An Electronic
11 Monitoring Device cannot be worn when traveling by airplane, which is the obvious mode of
12 transportation for Mr. Kube. An alternative is for Mr. Kube to drive to Fresno, California from
13 Washington State and back. This travel would be extremely time consuming and would set him
14 back considerably in his law practice by causing him to miss many hours of work, appointments,
15 and potential court appearances.
16     In anticipation of an Indictment being filed, Mr. Kube is requesting a Rule 10 Waiver of
17 Personal Appearance. The government is aware of Mr. Kube's request for a Rule 10 Waiver of
18 Personal Appearance for his Plea on the Indictment on November 22, 2019 at 2:00 PM and all
19 subsequent nondispositive hearings. Jeffrey Spivak Assistant United States Attorney has no
20 objection to Mr. Kube's request.
21     Upon the anticipated filing of the Indictment on Thursday, November 21, 2019, Defense
22 counsel will forward a copy of the Indictment to Defendant Paul Kube. Mr. Kube will sign the
23 attached Acknowledgment of the Indictment for electronic filing with The Court.
24     Mr. Kube will enter a plea of Not Guilty on the Indictment.
25 ///
26 ///
27 ///
28 ///

Mr. Kube respectfully requests that the Court accept a waiver of his right and obligation to be personally present for the Plea on the Indictment on November 22, 2019 at 2:00 PM and for all subsequent nondispositive hearings in Case No. 6:19-mj-00060-JDP pursuant to Federal Rule of Criminal Procedure 10. Mr. Kube will execute the Acknowledgment of Receipt of the Indictment as well as enter a plea of Not Guilty to the Indictment.

Dated: October 14, 2019                    /s/ Carol Ann Moses____
                                           CAROL ANN MOSES
                                           Attorney for Defendant,
                                           PAUL KUBE


Date: October 14, 2019                     /s/ Paul Kube_____
                                           PAUL KUBE
                                           Defendant

ORDER

GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal appearance regarding his Plea on the Indictment on November 22, 2019 at 2:00 PM and all subsequent nondispositive hearings in Case No. 6:19-mj-00060-JDP pursuant to Federal Rule of Criminal Procedure 10 is hereby accepted and adopted as the order of this Court. Mr. Kube will execute the Acknowledgment of Receipt of the Indictment as well as enter a plea of Not Guilty to the Indictment.

IT IS SO ORDERED.

Dated:   **October 15, 2019**              _____
                                           UNITED STATES MAGISTRATE JUDGE

3