**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:19-mj-00060-JDP |
| ) | |
| Plaintiff, ) | REQUEST FOR MODIFICATION OF |
| ) | THE PRETRIAL RELEASE CONDITION |
| ) | OF THE LOCATION MONITORING |
| vs. ) | COMPONENT FOR WORK RELEASE; |
| ) | AND ORDER THEREON |
| ) | |
| PAUL S. KUBE, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Defendant PAUL S. KUBE, by and through his Attorney of Record, CAROL MOSES, hereby requests a Pretrial Release Modification that allows the removal of the location monitoring component of Mr. Kube's Pretrial Release Conditions so that he may be placed on Work Release Jail Time in Wenatchee, Washington to serve his sentence on a separate matter. Assistant United States Attorney Jeffrey Spivak is aware of this request and has no objection.

      On September 10, 2019, Mr. Kube was released from custody with release conditions. He was given a curfew restricting him to his residence every day from 8:00 PM to 6:00 AM with a location monitoring ankle device.

      At the time of the Yosemite Arrest, Mr. Kube was on a deferred prosecution for a driving under the influence of alcohol charge, RCW 46.61.502, in Douglas County, Washington.

      The deferment was revoked and Mr. Kube will serve 51 days (34 days good time) on a

1  Work Release Program during which he will live at the Chelan County Jail, whose address is 401
2  Washington Street, Wenatchee, WA 98801 and whose phone number is (509) 667-6462.
3  　　　As a condition of Mr. Kube's Pretrial Release on the Yosemite matter, Mr. Kube was
4  ordered to participate in location monitoring, and as such, wears an electronic monitoring device.
5  　　　While Mr. Kube is in the Work Release Program for the State of Washington, he will
6  wear a location monitoring device placed on him by the State of Washington.
7  　　　It is the opinion of the Eastern District of Washington Pretrial Services Officer, Stephen
8  Krous, and Frank Guerrero, Pretrial Services Officer monitoring Mr. Kube in the Eastern District
9  of California, that during the time Mr. Kube is in the Work Release Program, the location
10 monitoring device for the federal offense be removed, with the understanding that once the Work
11 Release Program is completed, the federal electronic monitoring device will be reactivated.
12 　　　Officer Guerrero reports that Mr. Kube has managed to remain in full compliance with all
13 that has been asked of him and is in complete support of this modification request.
14 　　　The proposed modification of the location monitoring component of the Pretrial Release
15 Conditions for Mr. Kube is FROM:
16 CERFEW: You must remain inside your residence every day from 8:00 PM to 6:00 AM, or as
17 adjusted by the Pretrial Services Officer for medical, religious services, employment or court
18 ordered obligations
19 TO:
20 During the time you are in the Work Release Program in Wenatchee, WA, the location
21 monitoring device for the federal offense be removed, with the understanding that once the Work
22 Release Program is completed, the federal electronic monitoring device will be reactivated.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3      All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

Dated: October 16, 2019                           /s/*Carol Ann Moses*
                                                  CAROL ANN MOSES
                                                  Attorney for Defendant
                                                  PAUL S. KUBE

## ORDER

The Court accepts the above Proposed Order and adopts its terms as the Order of this Court in case no. 6:19-mj-00060-JDP. Accordingly, Mr. Kube's conditions of Pretrial Release are modified as follows:

1. Conditions of Release for Mr. Kube are hereby modified as to the location monitoring component to reflect that Mr. Kube is now on WORK RELEASE in Wenatchee, Washington at the Chelan County Jail, whose address is 401 Washington Street, Wenatchee, WA 98801 and whose phone number is (509) 667-6462 and is ordered as follows:

   During the time you are in the Work Release Program in Wenatchee, WA, the location monitoring device for the federal offense be removed, with the understanding that once the Work Release Program is completed, the federal electronic monitoring device will be reactivated.

2. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 16, 2019**                     _____
                                                  UNITED STATES MAGISTRATE JUDGE

3