**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile:  (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:19-mj-00060-JDP |
| Plaintiff, ) | ACKNOWLEDGMENT OF THE INDICTMENT AND PLEA OF NOT GUILTY ON THE INDICTMENT |
| vs. ) | |
| PAUL S. KUBE, ) | Date: November 22, 2019<br>Time: 2:00 PM |
| Defendant. ) | Judge: Hon. Stanley A. Boone |

I, Paul Kube, Defendant in Case No. 6:19-mj-00060-JDP, hereby acknowledge receipt of the Indictment filed against me and do enter a plea of Not Guilty.

Date: Nov. 22, 2019

_____
PAUL KUBE
Defendant

ACKNOWLEDGMENT OF THE INDICTMENT AND
PLEA OF NOT GUILTY ON THE INDICTMENT                                              1