1 | **CAROL ANN MOSES #164193**
Attorney at Law
2 | 7636 N. Ingram Ave., #104
Fresno, California 93711
3 | Telephone: (559) 449-9069
Facsimile: (559) 513-8530
4 | carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00257-LJO-SKO |
| ) | |
| Plaintiff, ) | REQUEST FOR MODIFICATION OF |
| ) | THE PRETRIAL RELEASE CONDITION |
| ) | OF LOCATION MONITORING |
| vs. ) | PROGRAM CERFEW, AND |
| ) | ORDER THEREON |
| ) | |
| PAUL S. KUBE, ) | |
| ) | |
| ) | Judge: Hon. Barbara A. McAuliffe |
| Defendant. ) | |
| _____ ) | |

Defendant PAUL S. KUBE, by and through his Attorney of Record, CAROL MOSES, hereby requests a Pretrial Release Modification that allows the temporary relief of the location monitoring program curfew of Mr. Kube's Pretrial Release Conditions for the dates of December 10, 2019; December 11, 2019; January 8, 2020; and January 9, 2020 so that Mr. Kube may travel during the course and scope of his work to scheduled mediations in Seattle, Washington. Assistant United States Attorney Jeffrey Spivak is aware of this request and has no objection due to Mr. Kube's compliance and cooperation of pretrial Release Conditions.

On September 10, 2019, Mr. Kube was released from custody with release conditions. He was given a curfew restricting him to his residence every day from 8:00 PM to 6:00 AM with a location monitoring ankle device.

The above mentioned mediations require Mr. Kube to stay overnight in Seattle,

Washington at The Executive Hotel Pacific Seattle, whose address is 400 Spring Street, Seattle, WA 98104 and whose phone number is (206) 623-3900. Mr. Kube will drive to Seattle, Washington from his home in East Wenatchee, Washington. Mr. Kube will depart East Wenatchee on December 10, 2019 at or about 3:00 PM and arrive in Seattle at or about 7:00 PM. Mr. Kube will travel back to East Wenatchee by the curfew time of 8:00 PM on December 11, 2019 and will repeat the same schedule when he travels to Seattle for the second set of mediations from January 8, 2020 – January 9, 2020.

Mr. Kube will continue to wear a location monitoring device while traveling to and from Seattle and while in Seattle. Pretrial Services Officer monitoring Mr. Kube in the Eastern District of Washington, Stephen Krous, and Frank Guerrero, Pretrial Services Officer monitoring Mr. Kube in the Eastern District of California report that Mr. Kube has managed to remain in full compliance with all that has been asked of him and are in complete support of this modification request.

The proposed modification of the location monitoring program of the Pretrial Release Conditions for Mr. Kube is FROM:

> CERFEW: You must remain inside your residence every day from 8:00 PM to 6:00 AM, or as adjusted by the Pretrial Services Officer for medical, religious services, employment or court ordered obligations.

TO:

> During the time you are in Seattle, Washington for scheduled mediations, the location monitoring program curfew will be lifted, with the understanding that once the mediations are completed, the location monitoring program curfew will be reinstated.

///
///
///
///
///
///
///
///

All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

Dated: December 3, 2019   /s/*Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PAUL S. KUBE

## **ORDER**

The Court accepts the above Proposed Order and adopts its terms as the Order of this Court in case no. 1:19-cr-00257-LJO-SKO. Accordingly, Mr. Kube's conditions of Pretrial Release are modified as follows:

1. Conditions of Release for Mr. Kube are hereby modified as to the location monitoring program curfew to reflect that Mr. Kube will be in Seattle, Washington at The Executive Hotel Pacific Seattle, whose address is 400 Spring Street, Seattle, WA 98104 and whose phone number is (206) 623-3900 and is ordered as follows:

   During the time you are in Seattle, Washington for scheduled mediations, the location monitoring program curfew will be lifted, with the understanding that once the mediations are completed, the location monitoring program curfew will be reinstated.

2. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:  **December 3, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE