**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00257-LJO-SKO |
| | ) | |
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER |
| | ) | OF PERSONAL APPEARANCE FOR |
| | ) | STATUS CONFERENCE AND |
| vs. | ) | NONDISPOSITIVE HEARINGS; |
| | ) | ORDER THEREON |
| | ) | |
| PAUL S. KUBE, | ) | |
| | ) | |
| | ) | Date:   February 3, 2020 |
| Defendant. | ) | Time:  1:00 PM |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant PAUL S. KUBE,

having been advised of his right to be present at all stages of proceedings, hereby requests this

Court permit him to waive his right to personally appear for his Status Conference on February 3,

2020 at 1:00 PM and for all subsequent nondispositive hearings. Mr. Kube agrees that his interest

shall be represented at all times by the presence of his attorney, CAROL ANN MOSES, the same

as if he were personally present, and requests that this Court allow his attorney-in-fact to

represent his interests at all times.

Based on an incident that occurred in Yosemite National Park on September 5, 2019, a

Criminal Complaint was filed on September 6, 2019 alleging that Mr. Kube committed the

following acts: one count of 18 U.S.C. 2261(a)(1) – Domestic violence in the Special Territorial

and Maritime Jurisdiction of the United States with the intent to kill, injure, harass, or intimidate

spouse, intimate partner, or dating partner, and who, in the course of or as a result of such presence, commits of attempts to commit a crime of violence against that spouse, intimate partner, or dating partner; one count of 36 C.F.R. 2.35(c) – Presence in a park area when under the influence to a degree that may endanger oneself or another person; and one count of 36 C.F.R. 2.34(a)(3) – Disorderly conduct: makes noise that is unreasonable.

Mr. Kube is a resident of East Wenatchee, Washington. He is a partner in the law firm Lacy Kane & Kube in that area. There is a Location Monitoring Component in the form of an Electronic Monitoring Device as part of one Pretrial Release Condition. An Electronic Monitoring Device cannot be worn when traveling by airplane, which is the most efficient mode of transportation for Mr. Kube when traveling to California for his next Status Conference. An alternative is for Mr. Kube to drive to Fresno, California from Washington State and back. This travel would be extremely time consuming and would set him back considerably in his law practice by causing him to miss many hours of work, appointments, and potential court appearances.

The government is aware of Mr. Kube's request for a Rule 43 Waiver of Personal Appearance for his Status Conference on February 3, 2020 at 1:00 PM and all subsequent nondispositive hearings. Jeffrey Spivak Assistant United States Attorney has no objection to Mr. Kube's request.

///
///
///
///
///
///
///
///
///
///

Mr. Kube respectfully requests that the Court grant a waiver of his right and obligation to be personally present for the Status Conference on February 3, 2020 at 1:00 PM and for all subsequent nondispositive hearings in Case No. 1:19-cr-00257-LJO-SKO.

Dated: January 21, 2020                          /s/ Carol Ann Moses____
                                                 CAROL ANN MOSES
                                                 Attorney for Defendant,
                                                 PAUL KUBE

Dated: January 21, 2020                          /s/ Jeffrey A. Spivak____
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, Defendant's request for waiver of personal appearance at the Status Conference on February 3, 2020, at 1:00 p.m. and all subsequent nondispositive hearings in Case No. 1:19-cr-00257-LJO-SKO pursuant to Federal Rule of Criminal Procedure 43(b)(2), is hereby GRANTED.

IT IS SO ORDERED.

Dated:  **January 21, 2020**            _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE