```
CAROL ANN MOSES  #164193
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00257-NONE-SKO |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF |
| ) | TIME FOR MOTION FILING |
| ) | AND ORDER THEREON |
| vs. ) | |
| ) | |
| ) | |
| PAUL S. KUBE, ) | |
| ) | Judge: Hon. Barbara A. McAuliffe |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PAUL S. KUBE, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JEFFREY SPIVAK, that a request for extension of time for the motion filing deadline be granted and that the deadline be continued to March 23, 2020. Assistant United States Attorney Jeffrey Spivak joins in this request and has no objection.

Based on an incident that occurred in Yosemite National Park on September 5, 2019, a Criminal Complaint was filed on September 6, 2019 alleging that Mr. Kube committed the following acts: one count of 18 U.S.C. 2261(a)(1) – Domestic violence in the Special Territorial and Maritime Jurisdiction of the United States with the intent to kill, injure, harass, or intimidate spouse, intimate partner, or dating partner, and who, in the course of or as a result of such presence, commits of attempts to commit a crime of violence against that spouse, intimate

partner, or dating partner; one count of 36 C.F.R. 2.35(c) – Presence in a park area when under the influence to a degree that may endanger oneself or another person; and one count of 36 C.F.R. 2.34(a)(3) – Disorderly conduct: makes noise that is unreasonable.

Defense Counsel respectfully requests additional time to prepare and file the relevant motions due to ongoing investigations in this case and case negotiation. The previously scheduled due date for oppositions will remain on March 30, 2020; the previously scheduled due date for replies will remain on April 1, 2020; and the Motions Hearing will remain on April 10, 2020 at 8:30 AM.

Mr. Kube respectfully requests that the Court grant an extension of time for the motion filing deadline and that the deadline be continued to March 23, 2020 in Case No. 1:19-cr-00257-NONE-SKO.

Dated: March 16, 2020  /s/*Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PAUL S. KUBE

Dated: March 16, 2020  /s/*Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the above request that the Court grant an extension of time for the motion filing deadline and that the deadline be continued to March 23, 2020 as to Defendant PAUL KUBE in Case No. 1:19-cr-00257-NONE-SKO is hereby granted. The due date for oppositions will remain on March 30, 2020; the due date for replies will remain on April 1, 2020; and the Motions Hearing will remain on April 10, 2020 at 8:30 AM.

IT IS SO ORDERED.

Dated: **March 16, 2020**  _____
UNITED STATES DISTRICT JUDGE