MCGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>PAUL KUBE,<br><br>                     Defendant. | CASE NO. 1:19-CR-00257-NONE-SKO<br><br>UNITED STATES' SUPPLEMENT IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS<br><br>DATE: June 10, 2020<br>TIME: 1:30 p.m.<br>COURT: Hon. Dale A. Drozd |

The United States submits this supplemental opposition in response to Defendant Paul Kube's Supplemental Briefing in support of his motion to suppress (ECF #64).

Defendant urges that: (1) he used his wife's phone "mutually", and (2) the "Kubes' telephones are more accurately characterized as 'theirs' or "ours" as opposed to his and hers." (ECF #64 at 3, 6).

These two statements are contradicted by the record in at least six ways:

(1) Erin Cooley possessed the phone at the time of the incident. (ECF #37 Ex. C – Cooley Declaration at ¶ 7-17).

(2) Defendant's own exhibit B to his motion to suppress (ECF #37 Ex. B) indicates they named their phones "Erin Kube" phone and "Paul Kube" phone with Verizon wireless.

(3) In Erin Cooley's interview with Rangers, Rangers repeatedly referenced the phone with Ms. Cooley as "her" phone without objection. *See* Exhibit A to this filing (Interview with Erin Cooley).

(4) In her interview with Rangers, Rangers asked Erin Cooley for "her" phone number and she provided 775-544-7064." It should be noted that 775 is a Reno, Nevada telephone number (where Cooley is believed to be from). *See* Exhibit C to this Filing (Interview with Erin Cooley, continued).

(5) Douglas County Washington Sheriff's Office reports from the July 2019 suspected domestic violence incident (two months before the instant incident) show that Ms. Cooley's number was listed with the Douglas County Sheriff's Office as 775-544-7064. *See* Exhibit D to this Filing (Douglas County Sheriff's Department Incident Report #19D03715, July 9, 2019).

(6) Since the incident, Erin Cooley communicated with the Yosemite Victim witness coordinator from the 775 number. *See* Exhibit E to this Filing (Text messages with C. Ronay and E. Cooley).

Dated:  June 10, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney