```
 1
 2
 3
 4
 5
 6
 7              INTERVIEW WITH ERIN COOLEY
 8                  Q=USPR Justin Fey
 9                  Q1=Claudine Roany
10                  Q2=Ofc. (Lathan)
11                  A=Erin Cooley
12
13
14   Woman:      So tired.
15
16   Q:          Erin, this is Officer (Lathan).  He's a supervisor, ranger here.  Um, I just asked
17               him to help out just because of the – the sensitivity of this, and it's just a little
18               cleaner where it's not just, um, like, one officer in the room and this
19               happened.
20
21   A:          Uh-huh.
22
23   Q:          And Claudine is, uh, you know, um, obviously an advocate for you.  So we
24               just wanna make sure that, um, we're all kinda on the same page, so.  Um, I'm
25               gonna just – my video's on.  So I'm just gonna, um, explain, sorta, what's
26               happening on video.  So just talking ahead time.
27
28   A:          Mm-hm.
29
30   Q:          So, um, this is, um, Erin Cooley's phone.  Um, with photos, um, documenting
31               physical injuries.  Um, from a case on September 5, 2019, at approximately
32               2230.  In regards to case number, 20190905-055.  Uh, do I have your
33               permission to access your phone?
34
35   A:          Yes.
36
37   Q:          Okay.  And what is the password for that, or does it just slide up?
38
39   A:          Okay.  Slide up or across.  I don't know.  Okay.  So, hold on.  Uh, oops.
40               Okay.  It's 3825, uh, 633.
41
42   Q:          That's a lot of pins.
43
44   A:          It spells something.
45
```

US v. Kube (1:19-cr-257-NONE)
USA Ex. A
Case 1:19-cr-00257-NONE-SKO   Document 65-1   Filed 06/10/20   Page 2 of 6

INTERVIEW WITH ERIN COOLEY
Interviewer: USPR Justin Fey
Case #NP19151029
Page 2

| | | |
|---|---|---|
| 46 | Q: | And… |
| 48 | A: | That's what they say.  To do that. |
| 50 | Q: | Oh, okay. |
| 52 | A: | Like, spell a word. |
| 54 | Q1: | Well it's hard when you're not used to doing it yourself. |
| 56 | Q: | Is – is this, like, your, uh, photo share file here? |
| 58 | A: | No. |
| 60 | Q: | 'Cause that's what came up. |
| 62 | A: | So I think if you swipe up.  Look at the gallery. |
| 64 | Q: | Gotcha. |
| 66 | A: | Uh, the little flower. |
| 68 | Q: | Okay.  So just – at first glance, I'm looking at text messages.  Are those associated, um, with… |
| 71 | A: | Those – those are the photos that you – did you get Paul his phone or did Nicole? |
| 74 | Q: | I believe, uh, Nicole did.  I never touched – I don't think I ever accessed that phone. |
| 77 | A: | I just gave you the charger. |
| 79 | Q: | Okay. |
| 81 | A: | Okay.  I just said I wanted, um, to retrieve some numbers from his phone.  So that… |
| 84 | Q: | See them? |
| 86 | A: | If he contacted me and wanted me to contact, like, his paralegal… |
| 88 | Q: | Okay. |
| 90 | A: | …or his office. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. A
Case 1:19-cr-00257-NONE-SKO   Document 65-1   Filed 06/10/20   Page 3 of 6

INTERVIEW WITH ERIN COOLEY
Interviewer: USPR Justin Fey
Case #NP19151029
Page 3

| | | |
|---|---|---|
| 91 | | |
| 92 | Q: | Got it. |
| 93 | | |
| 94 | A: | That I – I don't know their numbers. |
| 95 | | |
| 96 | Q: | Um, just because they're all associated with that and it's gonna help with the |
| 97 | | time stamp. And there's just sorta numbers that aren't necessarily associated |
| 98 | | with, like, the… |
| 99 | | |
| 100 | A: | No. |
| 101 | | |
| 102 | Q: | …injuries. |
| 103 | | |
| 104 | A: | And I… |
| 105 | | |
| 106 | Q: | Um, do you have any objection of me, just pulling all these and just emailing |
| 107 | | this whole – this whole, uh, thing by government email? |
| 108 | | |
| 109 | A: | The whole… |
| 110 | | |
| 111 | Q: | Just… |
| 112 | | |
| 113 | A: | Today? |
| 114 | | |
| 115 | Q: | Yeah. |
| 116 | | |
| 117 | A: | Hold on. What else is, like – yeah, and then, as you can see yesterday, there's |
| 118 | | nothing. |
| 119 | | |
| 120 | Q: | Yeah. Yep. |
| 121 | | |
| 122 | A: | Yeah. |
| 123 | | |
| 124 | Q: | And we talked about… |
| 125 | | |
| 126 | A: | Okay. Yeah. |
| 127 | | |
| 128 | Q: | We're not, um, we're not trying… |
| 129 | | |
| 130 | A: | Where are my – oh, I'm, like, where are my photos from the hike, um. |
| 131 | | |
| 132 | Q: | Okay. Is there, like, a select button that will select all of them? |
| 133 | | |
| 134 | A: | Uh, dude. You're asking the wrong person. |
| 135 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. A
Case 1:19-cr-00257-NONE-SKO   Document 65-1   Filed 06/10/20   Page 4 of 6

INTERVIEW WITH ERIN COOLEY
Interviewer: USPR Justin Fey
Case #NP19151029
Page 4

| | | |
|---|---|---|
| 136 | Q: | Okay. |
| 138 | A: | I'm am, like, not tech savvy at all. I think there is a way to do it. May – maybe, here. Go back. Just hit this little back arrow. Uh, no. Here, can I – sorry. Is that okay. And then, I don't know – I don't know. |
| 142 | Q1: | At the top, is there a select? |
| 144 | Q: | There's a – it says, (unintelligible) up top. |
| 146 | A: | So that's where it was. Is there… |
| 148 | Q: | Here, let me try this real quick. All right. What I'll do then, is I will just… |
| 150 | A: | What if you tap on it? |
| 152 | Q1: | Or if you go to, um, the little thing where you export it. |
| 154 | A: | To share? |
| 156 | Q1: | Then you can tap them all. Yeah. |
| 158 | A: | Yeah. Do you wanna just – we can individually email them or wherever they have to go. |
| 161 | Q: | Yeah. There's gotta be – let me just try this, real quick. |
| 163 | A: | Yeah. That sounds, like, (unintelligible). Like, you saw me trying to work the headlamps… |
| 166 | Q1: | I saw you did it. |
| 168 | A: | …on my car. |
| 170 | Q1: | I did – I did, and that phone would confuse me. I'm an apple person. |
| 172 | A: | I know – there has to be a way because I feel, like, I've gone through to, like, mess – delete or… |
| 175 | Q1: | I was just saying if you… |
| 177 | A: | …if, like, you wanna text. You can select more than one and it, like. |
| 179 | Q1: | Sure. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. A
Case 1:19-cr-00257-NONE-SKO   Document 65-1   Filed 06/10/20   Page 5 of 6

INTERVIEW WITH ERIN COOLEY
Interviewer: USPR Justin Fey
Case #NP19151029
Page 5

| | | |
|---|---|---|
| 181 | Q: | Okay. What kind of phone is it? |
| 182 | | |
| 183 | A: | It's an Android. |
| 184 | | |
| 185 | Q1: | Is it a Galaxy? |
| 186 | | |
| 187 | A: | A Samsung, something. |
| 188 | | |
| 189 | Q1: | Samsung Galaxy? I was just thinking. If you put your email address in the |
| 190 | | thing and then it will say, select. |
| 191 | | |
| 192 | Q: | Oh, like, to go into the album. |
| 193 | | |
| 194 | A: | Well now you should bring up, maybe. |
| 195 | | |
| 196 | Q: | Maybe. Let me try it. Let me just unwind to see |
| 197 | | |
| 198 | A: | Oh, yeah. |
| 199 | | |
| 200 | Q: | 'Cause the other issue, I think I'm gonna run into is, um. |
| 201 | | |
| 202 | Q1: | Oh, to big of a file? |
| 203 | | |
| 204 | Q: | Yeah. They're – they're probably gonna want. |
| 205 | | |
| 206 | Q1: | On our government email, it looks like. I can't send anything. |
| 207 | | |
| 208 | Q: | Hopefully it will save mine. |
| 209 | | |
| 210 | Q2: | Open photos app. Tap and hold the image you want to send. Just so you can |
| 211 | | select – additionally, you can select and then select any other photos you wish |
| 212 | | to send, select, share button. Select the method you wish to send. |
| 213 | | |
| 214 | A: | Which is what he is doing. |
| 215 | | |
| 216 | Q2: | Is that working. |
| 217 | | |
| 218 | Q: | All right. Can you go back to the – where it's saying, like, you select a photo |
| 219 | | and then… |
| 220 | | |
| 221 | A: | So, go back one more and see. |
| 222 | | |
| 223 | Q2: | Says, open photo app. Tap and hold the imagine. |
| 224 | | |
| 225 | Q: | Oh. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. A

Case 1:19-cr-00257-NONE-SKO   Document 65-1   Filed 06/10/20   Page 6 of 6

INTERVIEW WITH ERIN COOLEY
Interviewer: USPR Justin Fey
Case #NP19151029
Page 6

| | | |
|---|---|---|
| 227 | A: | So, like, this one. Oh, there you go. |
| 229 | Q: | Okay. There is it. Okay. |
| 231 | Q2: | Got it? |
| 233 | A: | Look at that. |
| 235 | Q2: | So then you should be able to tap… |
| 237 | A: | You want my blurry photos, of nothing? |
| 239 | Q: | Yeah. |
| 241 | A: | Me, showing my… |
| 243 | Q2: | Uh, I got it taken care of. |
| 245 | Q: | I don't but they're – they're going to… |
| 247 | A: | Getting technological. |
| 249 | Q2: | (Unintelligible). |
| 251 | A: | Expertise. (Unintelligible) the admin side of Upper Pines. Instead of going all the way back to (Hochon). |
| 254 | Q: | Okay. |
| 256 | A: | 142, so. |
| 258 | Q: | Um. |
| 260 | Q1: | Go ahead and check your email. |
| 262 | Q: | Yeah. I don't – I have a hard – a hard time with these one. Um, I'm gonna leave the photo with, um, Brandon. I'm just gonna confirm I went through. Make sure they are not a typical file and I'll be right back. Uh, turn off camera. I don't have possession of the camera. Not in contact. |

268  The transcript has been reviewed with the audio recording submitted and it is an accurate
269  transcription.
270  Signed_____