US v. Kube (1:19-cr-257-NONE)
USA Ex. B

Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 1 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 1

**INTERVIEW WITH ERIN COOLEY**
**Q=Claudine Roany**
**Q1=Justin Fey**
**Q2=Man**
**A=Erin Cooley**

A: Well yeah, like, (unintelligible) um, but he was, like, very - very crude which doesn't offend me but I just, like, wasn't expecting…

Q: Was that necessary?

A: Well it's just, like, he can't put that stuff on Facebook and YouTube and get, like, a large, like, following. But yeah, like, yeah (unintelligible). But it was - yeah there was funny stuff but most of the time I was just kinda, like - like…

Q: (Unintelligible).

A: Like, yeah exactly. Um…

Q1: Do you have it?

A: …lots of jokes…

Q1: Was it in the car?

A: …about his wife 'cause she's…

Q1: Or you just left it here?

Q2: It was right here.

Q1: Oh okay. I'll put it in its box. I don't know. He was on late last night. Erin here's your phone.

A: Okay.

Q1: Looks like they all went through.

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 2 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 2

| | | |
|---|---|---|
| 46 | A: | Okay. |
| 47 | | |
| 48 | Q1: | Um, here is my card. |
| 49 | | |
| 50 | A: | Thank you. |
| 51 | | |
| 52 | Q1: | Um. |
| 53 | | |
| 54 | A: | Yeah you were here (unintelligible). |
| 55 | | |
| 56 | Q1: | Yeah. Um, I would generally just try to reach me via email. Um, that's usually |
| 57 | | the most… |
| 58 | | |
| 59 | A: | Okay. |
| 60 | | |
| 61 | Q1: | …consistent way. Our phone if there's not somebody in that room, um, a lot of |
| 62 | | times it'll go, um, kinda unanswered 'cause there's.. |
| 63 | | |
| 64 | A: | Okay. |
| 65 | | |
| 66 | Q1: | …the voicemails not set up so. Um, do you have any questions for us right |
| 67 | | now? |
| 68 | | |
| 69 | A: | Nope. |
| 70 | | |
| 71 | Q1: | Um, your plan tomorrow… |
| 72 | | |
| 73 | A: | Uh… |
| 74 | | |
| 75 | Q1: | Is there a combination set up for tomorrow? |
| 76 | | |
| 77 | A: | Is there any chance that - no one's been able to answer if I can see him? |
| 78 | | |
| 79 | Q1: | In our facility? It won't be allowed at our facility, um, 'cause it's, um, it's not a |
| 80 | | long term holding facility so there's not, like, a combination set up, um, for |
| 81 | | that. |
| 82 | | |
| 83 | A: | Oh okay. |
| 84 | | |
| 85 | Q1: | There's not, like, a, like, a private room where you guys can… |
| 86 | | |
| 87 | A: | All right. |
| 88 | | |
| 89 | Q1: | …can meet and talk. |
| 90 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 3 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 3

| | | |
|---|---|---|
| 91 | A: | If the court rooms since it's not being used? |
| 92 | | |
| 93 | Q1: | No it's not - it's not what the court rooms sort of set up for. |
| 94 | | |
| 95 | A: | Okay. |
| 96 | | |
| 97 | Q1: | Um, it's, um, I've never seen it done while I've been here. I think it's - it's just |
| 98 | | it's not… |
| 99 | | |
| 100 | A: | Okay. |
| 101 | | |
| 102 | Q1: | …set up that way. So a lot of those rooms, um, they have, like, kinda sanitary |
| 103 | | areas where they can allow people to - to meet and talk like that. |
| 104 | | |
| 105 | A: | Oh okay. What's that mean? Sanitary? |
| 106 | | |
| 107 | Q1: | A sanitary is, like, it's, um, it's under, like, video sl- surveillance. |
| 108 | | |
| 109 | A: | Oh. |
| 110 | | |
| 111 | Q1: | Um, and that they - they can limit what people bring in and make sure that, |
| 112 | | like… |
| 113 | | |
| 114 | A: | Okay. Yeah - yeah - yeah. |
| 115 | | |
| 116 | Q1: | …people aren't, like, taking contraband… |
| 117 | | |
| 118 | A: | Yeah. |
| 119 | | |
| 120 | Q1: | …back in. |
| 121 | | |
| 122 | A: | I just wanted to, like, just, like, run, like, my going home process by him. Um, |
| 123 | | yeah. |
| 124 | | |
| 125 | Q1: | Do you… |
| 126 | | |
| 127 | A: | 'Cause I, like, don't, like, I have no idea what to do. We've been talking about |
| 128 | | this for, like, all day. |
| 129 | | |
| 130 | Q1: | Do you think you're gonna, like, what are you leaning towards now? You |
| 131 | | think you're gonna go back home? |
| 132 | | |
| 133 | A: | I want to stay. |
| 134 | | |
| 135 | Q1: | You want to stay through court? |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 4 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 4

| | | |
|---|---|---|
| 136 | | |
| 137 | A: | I want to stay and I want to go to court. |
| 138 | | |
| 139 | Q1: | Okay. |
| 140 | | |
| 141 | A: | Um, but then, like, I didn't even think about it 'til we were coming out from |
| 142 | | court or, like, maybe before and I was, like, I got $10,000 worth of bikes on |
| 143 | | my car, you know? I can't… |
| 144 | | |
| 145 | Q1: | They're locked though. |
| 146 | | |
| 147 | A: | …really leave that at the Fresno Airport… |
| 148 | | |
| 149 | Q1: | Oh. |
| 150 | | |
| 151 | A: | …for… |
| 152 | | |
| 153 | Q1: | Yeah. |
| 154 | | |
| 155 | Q: | She was thinking about flying (unintelligible)… |
| 156 | | |
| 157 | A: | …how many weeks. Yeah. So… |
| 158 | | |
| 159 | Q1: | Oh. |
| 160 | | |
| 161 | A: | Well the thing was is that drive myself to Fresno. I fly home and then he can |
| 162 | | drive the truck home. Like… |
| 163 | | |
| 164 | Q2: | If you're concerned about the bikes which is legit… |
| 165 | | |
| 166 | A: | Yeah. |
| 167 | | |
| 168 | Q2: | …leavin' 'em at the airport you can get a - I think REI. You can take 'em to |
| 169 | | REI… |
| 170 | | |
| 171 | A: | Mm-hm. |
| 172 | | |
| 173 | Q2: | …and they can ship 'em I believe. They can put 'em in boxes. I - I'm pretty |
| 174 | | sure there's a way to do that. |
| 175 | | |
| 176 | A: | Okay. |
| 177 | | |
| 178 | Q2: | And you can drop 'em off. They'll deal with it. You pay for (unintelligible)… |
| 179 | | |
| 180 | A: | Yeah. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 5 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 5

| | | |
|---|---|---|
| 181 | | |
| 182 | Q2: | …they'll ship 'em. You drop the car off and it's done. |
| 183 | | |
| 184 | A: | Yeah but then, like, the other thing I was talking to her well it's, like, yeah |
| 185 | | gotta go… |
| 186 | | |
| 187 | Q: | (Unintelligible). |
| 188 | | |
| 189 | A: | …buy a suitcase, like, 'cause all my stuffs in - in totes, you know? Um, and |
| 190 | | yeah I don't know. But so anyways I'm trying to figure out those logistics and, |
| 191 | | like, just letting him know, like, I'm not gonna stay down here which, you |
| 192 | | know, I don't think he would expect 'cause, like, is everything gonna get, like, |
| 193 | | I don't even - is it - what happens on Monday? Like, he goes to his court thing |
| 194 | | and then what? He's released or he's held? Um, and he's held for how long? |
| 195 | | |
| 196 | Q1: | Yeah that's - it's gonna be up for, like, the USA to decide. You know, I think, |
| 197 | | um, to be honest I think some of the (Douglas) reports, um, kinda stress, like, |
| 198 | | an ongoing, like, suspicion from the - the deputies there at this - there's |
| 199 | | domestic incidents happening a lot and that they're just not getting reported, |
| 200 | | um, when they respond out. Um, I - and I - I think that's gonna have somethin' |
| 201 | | to do with whether they think it's - it's healthy for you to have him released |
| 202 | | without, like, protections in place. |
| 203 | | |
| 204 | A: | I don't know. It's, like, I was telling Claudine, like, I know of two reports that |
| 205 | | they never - they just came out and they talked to us. They never took any |
| 206 | | notes. They never took any recordings. They never told us, like, notified us |
| 207 | | that they had written up a report about it. And all it was was bickering and |
| 208 | | then, like, picking up the phone, you know, sometimes and even just, like, |
| 209 | | hanging up and then 911 calls you back and they're like, "Well because you |
| 210 | | called we're sending somebody out." You know, it's not like… |
| 211 | | |
| 212 | Q: | Mm-hm. |
| 213 | | |
| 214 | A: | …we're calling 'cause it's, like, fearful or domestic violence it's just bickering |
| 215 | | and, you know, like… |
| 216 | | |
| 217 | Q: | I think anywhere you go that you get 911 hang ups they're gonna ask law |
| 218 | | | enforcement to respond… |
| 219 | | |
| 220 | A: | Oh well yeah no I realize that now. And I also realize that it's not, like, um, it's |
| 221 | | not cool to call the police and when really there's nothing to report. |
| 222 | | |
| 223 | Q: | Yeah. |
| 224 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 6 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 6

| | | |
|---|---|---|
| 225 | A: | Like, you're just really basically, like - like, me, like, threatening |
| 226 | | (unintelligible) I'll call the police, you know, I'll let, you know, over nothing |
| 227 | | that's even happening, you know? |
| 228 | | |
| 229 | Q1: | Sure. |
| 230 | | |
| 231 | A: | And then they come out and so that's why we don't do that anymore because |
| 232 | | it's what, like, a false call (unintelligible)… |
| 233 | | |
| 234 | Q1: | Yeah, I mean, it looks like th- the… |
| 235 | | |
| 236 | A: | …wasting people's time and money. |
| 237 | | |
| 238 | Q1: | Yeah the one report I - I skimmed through briefly, um, it - it looks like they |
| 239 | | were transcribing the interview that took place with you and a deputy. |
| 240 | | |
| 241 | A: | Is this in July? |
| 242 | | |
| 243 | Q1: | Yeah. July 9 and 10. |
| 244 | | |
| 245 | A: | Yeah so that, um, yeah that is, like, a total false story which I was telling you |
| 246 | | too that it's, like, I had a concussion and I had, like, consumed so much |
| 247 | | alcohol to the point that I, like, did not know what I was doing… |
| 248 | | |
| 249 | Q1: | Mm-hm. |
| 250 | | |
| 251 | A: | …at that night. It took me, like, four or five days later to, like, figure out what |
| 252 | | happened. You know? So the story that I wa- that I told which I was being |
| 253 | | basically pressured by the physician at the clinic and then multiple nurses at |
| 254 | | the, um, at the hospital and then including the sheriff at the hospital telling me |
| 255 | | that if I didn't give a report he was gonna have to arrest me. |
| 256 | | |
| 257 | Q1: | I can't speak… |
| 258 | | |
| 259 | A: | And so… |
| 260 | | |
| 261 | Q1: | …for the officer. |
| 262 | | |
| 263 | A: | And - and then so he said that and he's - but then he said later he's like, "Well |
| 264 | | really you don't have to give a report if you don't want to but you should." |
| 265 | | And, you know, I'm like, "I don't feel comfortable giving you guys a |
| 266 | | statement because I only have bites and pieces of this and they don't make |
| 267 | | sense at all." |
| 268 | | |
| 269 | Q1: | Sure. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 7 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 7

| | | |
|---|---|---|
| 270 | | |
| 271 | A: | Um, so I don't know - actually no I haven't seen that report and as I said they |
| 272 | | did not record me. They did not, like, I didn't write anything down for them |
| 273 | | 'cause, like, whatever you did brief notes. |
| 274 | | |
| 275 | Q1: | Mm-hm. |
| 276 | | |
| 277 | A: | Um, and then nobody ever tried to contact me again. And they tried to contact |
| 278 | | (Paul), um, the district attorney and the sheriff he called over a dozen times no |
| 279 | | one ever contacted him back. So because it's, like, I was talking Claudine |
| 280 | | about is that okay so, like, on that one they're saying that he hit me but he had |
| 281 | | no bruising. |
| 282 | | |
| 283 | Q1: | He did not have bruising? |
| 284 | | |
| 285 | A: | No bruising. Um, and as - yeah so… |
| 286 | | |
| 287 | Q1: | Well we're gonna say about the hospital staff is they're - they're mandatory |
| 288 | | reporters. So when somebody comes in that they suspect to bein' a victim of |
| 289 | | domestic violence or, like, a - a child abuse they are required by law… |
| 290 | | |
| 291 | A: | Yeah. |
| 292 | | |
| 293 | Q1: | …to, um, call law enforcement to have them, um, investigate. |
| 294 | | |
| 295 | A: | Well no - no - no - no - no. It was my decision. |
| 296 | | |
| 297 | Q1: | To have 'em bring the sheriff in? |
| 298 | | |
| 299 | A: | Yeah 'cause they… |
| 300 | | |
| 301 | Q1: | Oh okay. |
| 302 | | |
| 303 | A: | …finally just, like, you know, after, like, hours of, you know, they basically |
| 304 | | convinced me that that's what happened even though I was, like, "It make no |
| 305 | | sense at all," and it makes, like, no sense to me at all so much… |
| 306 | | |
| 307 | Q1: | Mm-hm. |
| 308 | | |
| 309 | A: | …that later that night when I went home I called them back over. I'm like, |
| 310 | | "You guys have to come over 'cause, like, that story makes no sense with |
| 311 | | where the object is - the picture… |
| 312 | | |
| 313 | Q1: | Mm-hm. |
| 314 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B

Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 8 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 8

| | | |
|---|---|---|
| 315<br>316<br>317<br>318 | A: | …with where the blood from my nose was." Uh, I like, "It makes no sense." So, like, I don't know if maybe I should call and make a report on that to give the version of the story that's accurate. |
| 319<br>320 | Q1: | Well like we said in the field… |
| 321<br>322<br>323 | A: | Like, I don't know because I just feel that that stuff is - it's not - it's not accurate. |
| 324<br>325<br>326<br>327 | Q1: | Yeah and I think that - and we talked about it earlier and I think some of the phrasing used is, like, we concluded this is what happened. To me is kinda red flag that you guys sort of came to a middle ground of, like, what… |
| 328<br>329 | A: | No I was talking to Claudine about that too. |
| 330<br>331 | Q1: | Sure. |
| 332<br>333 | A: | Like, you know… |
| 334<br>335 | Q2: | (Unintelligible) over there. |
| 336<br>337 | Q1: | Am I? |
| 338<br>339 | Q2: | You're good with (unintelligible). |
| 340<br>341 | Q1: | Yeah - yeah. |
| 342<br>343 | Q2: | Okay. |
| 344<br>345 | Q1: | Yeah. |
| 346<br>347<br>348 | A: | That when you use verbiage, right you're not always necessarily using the appropriate word… |
| 349<br>350 | Q1: | Sure. |
| 351<br>352 | A: | …to, like, communicate what you're trying to say. |
| 353<br>354 | Q1: | Yeah. |
| 355<br>356 | A: | Um, so, like, that's - I'm just kinda trying to get it… |
| 357<br>358 | Q1: | Okay. |
| 359 | A: | …get you guys the information you guys need quickly and, like… |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 9 of 19
INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 9

| | | |
|---|---|---|
| 360 | | |
| 361 | Q1: | Yeah. |
| 362 | | |
| 363 | A: | …um, yeah so, like, that's yeah. A little out of context from, like, what I |
| 364 | | mean. |
| 365 | | |
| 366 | Q1: | Sure. |
| 367 | | |
| 368 | A: | You know? So… |
| 369 | | |
| 370 | Q1: | Well, you know, um, the bottom line I think - I think the phone and allowing |
| 371 | | us access to the photos I think is - is a good step, you know? I think - I know |
| 372 | | it's not… |
| 373 | | |
| 374 | A: | Well this is what I was telling Claudine. I said, "I was taking those pictures |
| 375 | | because I wanted - it was using it like a mirror." I was not taking those photos |
| 376 | | to document them to use them for anything. |
| 377 | | |
| 378 | Q1: | Okay. |
| 379 | | |
| 380 | A: | Like, and honestly if I had known right because I already had stated that I |
| 381 | | don't want, like, my photo taken that, um, I didn't know I took those photos. |
| 382 | | Like, or I would've taken 'em. I'm like, oh okay that's that, you know? It's not |
| 383 | | like I can hide it, you know, to, um, yeah so. |
| 384 | | |
| 385 | Q1: | Okay. Well, um, I know you've had a really long day. Um, I'm available, um, |
| 386 | | email probably be the best way to get in touch with me if you have questions, |
| 387 | | like, in the morning. There's pretty good, um, connectivity kinda throughout |
| 388 | | the park maybe not in the camp ground where you're at but if you go, like, |
| 389 | | (Curry Village), um, you'll have access to LT. Um, usually earlier in the days |
| 390 | | better when everybody starts comin' into the park the cell signal drops 'cause |
| 391 | | everybody's using up all the bandwidth. Um… |
| 392 | | |
| 393 | A: | Ah okay. That's what happens (unintelligible)… |
| 394 | | |
| 395 | Q1: | Yeah. |
| 396 | | |
| 397 | A: | Okay. |
| 398 | | |
| 399 | Q1: | Yeah. |
| 400 | | |
| 401 | Q: | It's crazy also (unintelligible). |
| 402 | | |
| 403 | Q1: | Um… |
| 404 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B

Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 10 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 10

| | | |
|---|---|---|
| 405 | A: | This (unintelligible) wasn't getting it and they're like sweet. |
| 407 | Q1: | Yeah. |
| 409 | Q: | So we'll get you set up in the camp site. |
| 411 | A: | 'Kay. |
| 413 | Q: | Applying for 147. |
| 415 | Q1: | Okay. |
| 417 | Q: | And, um, unless you want to go (unintelligible). |
| 419 | A: | No I've got - I've got food. |
| 421 | Q: | You've got snacks? Okay. |
| 423 | A: | Yeah no I got (unintelligible)… |
| 425 | Q: | (Unintelligible). Yeah. And then tomorrow morning I'm - I'm - it's completely fine I'm technically off the next few days so I won't physically be out here. But if I need to be I can come in. |
| 429 | A: | Okay. |
| 431 | Q: | And I - I will… |
| 433 | Q1: | Yup. |
| 435 | Q: | …we gotta figure out your plan, like, for the next two nights basically. |
| 437 | A: | Yeah. Um… |
| 439 | Q: | But maybe some rest and decide what to do after that and if the camp sites still available you could probably stay there unless you want to go to the city get a hotel room for a night maybe Sunday night. |
| 443 | A: | Yeah. Um, well… |
| 445 | Q1: | I'd probably recommend that for Sunday night so that if… |
| 447 | A: | Yeah that is. |
| 449 | Q1: | …you want to be involved in the stuff Monday… |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 11 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 11

| | | |
|---|---|---|
| 450 | | |
| 451 | Q: | (Unintelligible). |
| 452 | | |
| 453 | Q1: | …you're - you're already down there. |
| 454 | | |
| 455 | A: | Yeah. |
| 456 | | |
| 457 | Q: | Be in a city where there's access to stuff. |
| 458 | | |
| 459 | A: | Oh wait so (unintelligible). |
| 460 | | |
| 461 | Q: | I know. |
| 462 | | |
| 463 | A: | This is… |
| 464 | | |
| 465 | Q: | Today's Friday. |
| 466 | | |
| 467 | A: | Friday. Okay. So there's Saturday. |
| 468 | | |
| 469 | Q: | So Friday and Saturday night (unintelligible)… |
| 470 | | |
| 471 | A: | Saturday night. Okay. Saturday night and Sunday night to figure out. |
| 472 | | |
| 473 | Q1: | Erin what's, uh, what's your cell phone number? |
| 474 | | |
| 475 | A: | Uh, 775-544-7064. |
| 476 | | |
| 477 | Q1: | Okay. |
| 478 | | |
| 479 | A: | Yeah. |
| 480 | | |
| 481 | Q1: | Um, if you have anything that's, like, pressing where, um, like, |
| 482 | | accommodations wise, um, you call the dispatch number and just let 'em know |
| 483 | | who you are. Um, it's on the card I gave you. |
| 484 | | |
| 485 | A: | Okay. |
| 486 | | |
| 487 | Q1: | Um, it's an non-emergent number so don't - don't hesitate to call it and just let |
| 488 | | 'em know you are and that you just need to talk to, um, probably the shift |
| 489 | | supervisor. Um, and just let 'em know what you need and that you're, um, |
| 490 | | workin' with, uh, Claudine and I to… |
| 491 | | |
| 492 | A: | Okay. |
| 493 | | |
| 494 | Q1: | …to make arrangements for you, um, for probably tomorrow night. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 12 of 19
INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 12

| | | |
|---|---|---|
| 495 | | |
| 496 | A: | Okay. Thank you. |
| 497 | | |
| 498 | Q: | (Unintelligible) I think we (unintelligible)… |
| 499 | | |
| 500 | Q1: | Yeah. |
| 501 | | |
| 502 | Q: | …(unintelligible) same spot two nights and then Sunday. |
| 503 | | |
| 504 | A: | Yeah. |
| 505 | | |
| 506 | Q: | So, like, migrate to Fresno and be able to get a room… |
| 507 | | |
| 508 | A: | Yeah. |
| 509 | | |
| 510 | Q: | …or somethin' just - 'cause their rooms are way cheaper (unintelligible). |
| 511 | | |
| 512 | A: | Yeah. |
| 513 | | |
| 514 | Q1: | Yeah. |
| 515 | | |
| 516 | Q: | (Unintelligible). |
| 517 | | |
| 518 | A: | So will I be able to maybe contact him in Fresno? |
| 519 | | |
| 520 | Q1: | I don't - I don't know how that holding facility, um, manages that. If they allow for visitors. Um - um, I doubt they'd probably allow it on such short notice. Um, a lot of times they'll schedule 'em, like - like, visitation days and because… |
| 521 | | |
| 522 | | |
| 523 | | |
| 524 | | |
| 525 | A: | Uh-huh. |
| 526 | | |
| 527 | Q1: | …he's sort of, like, just there temporarily, um, he's just there as, like, kinda holding in the… |
| 528 | | |
| 529 | | |
| 530 | A: | Oh that's true 'cause it's (unintelligible). |
| 531 | | |
| 532 | Q1: | Um, yeah. They'll probably restrict him from having, like, visitors until he goes through, like, his initial appearance. If he's there, like, if he goes to initial appearance and they say, "Well we're gonna hold him, um, until his trial or until the - the next proceeding," um, they might be able to - they'll work with him then to allow for private visitation I would assume. |
| 533 | | |
| 534 | | |
| 535 | | |
| 536 | | |
| 537 | | |
| 538 | A: | Okay. Um, oh my next question… |
| 539 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 13 of 19
INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 13

| | | |
|---|---|---|
| 540 | Q1: | Mm-hm. |
| 542 | A: | …the stuff that they're not (unintelligible) or did they - did they figure out if he can use his… |
| 545 | Q: | Oh (unintelligible)… |
| 547 | A: | …CPAP because of the insurance company and the tracking of it. |
| 549 | Q1: | Oh I didn't know anything about the tracking of it. There was a… |
| 551 | Q: | (Unintelligible). |
| 553 | A: | Yeah so that's why I gave the CPAP because, like, the insurance company they track the usage of it and if - yeah. |
| 556 | Q1: | So, like, if he's not using it but then… |
| 558 | A: | If he's not using it… |
| 560 | Q1: | Okay. |
| 562 | A: | …enough then in-… |
| 564 | Q1: | Got it. |
| 566 | A: | …insurance won't pay for it… |
| 568 | Q1: | Okay. |
| 570 | A: | …they'll just, like, drop it. Like, um, 'cause they were saying right we don't need to cover this machinery for you because you clearly don't need it. You're not using it. |
| 574 | Q1: | Got it. |
| 576 | A: | So that's why I gave it to (Nicole) this morning 'cause I'm like… |
| 578 | Q1: | Okay yeah. |
| 580 | A: | …he, you know, he's… |
| 582 | Q: | (Unintelligible). |
| 584 | Q1: | Yeah. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 14 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 14

| | | |
|---|---|---|
| 585 | | |
| 586 | A: | Yeah and he's still getting used to it… |
| 587 | | |
| 588 | Q1: | Yup. |
| 589 | | |
| 590 | A: | …'cause it's still new so, like, he's, like… |
| 591 | | |
| 592 | Q1: | They'll likely let him use it here. What I - when I asked 'em about, um, |
| 593 | | bringing more equipment, um, they said that they - the Fresno County Jail |
| 594 | | probably would not allow him to, you know, bring it in with him. |
| 595 | | |
| 596 | A: | Okay. |
| 597 | | |
| 598 | Q1: | So he can use it here. If it seems like it's gonna be a prolonged thing - are you |
| 599 | | guys on the same insurance? |
| 600 | | |
| 601 | A: | No. |
| 602 | | |
| 603 | Q1: | Okay. Um, and he's fully aware, like, that in- the insurance is trackin' it? |
| 604 | | |
| 605 | A: | Yeah he just… |
| 606 | | |
| 607 | Q1: | Okay. |
| 608 | | |
| 609 | A: | …went in and had a report pulled because - right before we left because, um, |
| 610 | | he's been taking it off 'cause some setting and he doesn't know how to work |
| 611 | | the machine… |
| 612 | | |
| 613 | Q1: | Oh okay. |
| 614 | | |
| 615 | A: | …yet, like, is blowing way too much air making it uncomfortable. |
| 616 | | |
| 617 | Q1: | Sure. |
| 618 | | |
| 619 | A: | So he also was gonna set up a - so they pulled the report there and they're like, |
| 620 | | you're, um, you know, like, I can't remember if he was, like, close or, like, was |
| 621 | | missing it so it's like, really important… |
| 622 | | |
| 623 | Q1: | Oh. |
| 624 | | |
| 625 | A: | …that he's wearing it. |
| 626 | | |
| 627 | Q1: | Okay. |
| 628 | | |
| 629 | A: | Um, yeah and th- go to the foot the doctor and get (unintelligible). |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 15

| | | |
|---|---|---|
| 630 | | |
| 631 | Q: | Well at least he gets it tonight 'cause he didn't go down yet so that's… |
| 632 | | |
| 633 | Q1: | Yeah he'll get it tonight and then, um, what I would recommend I can - I can kinda let him know that as well, uh, if he's not - if you don't think he's fully aware that, like, he might need to just, um, report it to his insurance, um, that he's, you know, unavailable to use it. And it's not, like, in his possession. He probably doesn't need to go into detail about why that is or, um, if, um, the other thing is if they pull the report, um, you could als- you could always give them my email and that case number and I'd be happy to explain why it wasn't in his possession for him to use. |
| 641 | | |
| 642 | A: | Okay. |
| 643 | | |
| 644 | Q1: | Um… |
| 645 | | |
| 646 | A: | Okay. |
| 647 | | |
| 648 | Q1: | 'Cause I'm - I'm - if he - if he could use it he would. You know? And I think it - it's just Fresno's not gonna allow him to have that with him. |
| 650 | | |
| 651 | A: | Yeah okay. |
| 652 | | |
| 653 | Q1: | Um, so. |
| 654 | | |
| 655 | Q: | And then I have a question. |
| 656 | | |
| 657 | Q1: | Yeah. |
| 658 | | |
| 659 | Q: | So once he's assigned either a public defender or he has a lawyer… |
| 660 | | |
| 661 | Q1: | Mm-hm. |
| 662 | | |
| 663 | A: | Oh no. |
| 664 | | |
| 665 | Q: | …she should be able to get messages to the lawyer correct? |
| 666 | | |
| 667 | Q1: | Yeah. |
| 668 | | |
| 669 | Q: | Yeah. |
| 670 | | |
| 671 | Q1: | Yeah I mean, they'll, um, just similar to what th- his, um, public defender did today and they reached out to you they'll probably reach out to you, um, you know… |
| 674 | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 16 of 19
INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 16

| | | |
|---|---|---|
| 675 | Q: | (Unintelligible)… |
| 677 | A: | Like, (unintelligible)… |
| 679 | Q: | …Monday morning or something like that. |
| 681 | Q1: | Yeah. |
| 683 | Q: | Yeah. |
| 685 | Q1: | Yup. |
| 687 | A: | So (Charles) (unintelligible). |
| 689 | Q1: | I think he was, like, sort of, like, the on duty… |
| 691 | Q: | (Unintelligible)… |
| 693 | Q1: | …like, the on duty, um, attorney there. So I think he was, like, and that's why he asked, like, you know, I'm requesting you to allow me to, you know… |
| 696 | A: | (Unintelligible). |
| 698 | Q1: | …serve you in this, like, in this moment… |
| 700 | A: | Yeah. |
| 702 | Q1: | …just for this hearing. Um, and you'll get sort of reassigned. So I think in the period - in that little period of, you know, today, tomorrow, and Sunday I think if - if he had legal questions or concerns they would probably defer to (Lee). But I think come Monday they're gonna kinda rule whether or not, um, he's gonna go through the preliminary, um, like, hearing. So he'll - they'll talk to him about his finances and whether or not, um… |
| 709 | A: | So he can talk to them over the weekend? |
| 711 | Q1: | Um, I think if he has, like, emergencies or something like that, like, he - he has - I think in this - in this kinda - this weird period where they're waitin' to have that, um, pretrial hearing done, um, he has to have some re-representation. So I would imagine… |
| 716 | A: | Yeah. |
| 718 | Q1: | …it's gonna be the public defender's office. |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 17 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 17

| | | |
|---|---|---|
| 720 | A: | Okay. |
| 721 | | |
| 722 | Q1: | Um, and that's - I - I think that's - that's fine. You know? I think, um, they'll - |
| 723 | | they'll be able to help him if he has any, like, major issues or major concerns |
| 724 | | while he's - while he's in there if he has questions. Um, but they're probably |
| 725 | | gonna be a little hesitant to get too deep into anything with him just in case the |
| 726 | | rug gets pulled out Monday and they say, "Well he's, uh, you know, require |
| 727 | | his own attorney or something like that." |
| 728 | | |
| 729 | A: | Oh from the whatever process? |
| 730 | | |
| 731 | Q: | Yeah the financial (unintelligible). |
| 732 | | |
| 733 | Q1: | Yeah. |
| 734 | | |
| 735 | A: | Yeah okay. |
| 736 | | |
| 737 | Q1: | So I - in my experience I - I don't see that happen too much where people they |
| 738 | | find they don't quality for, like, a public defender. Um, but yeah that would be |
| 739 | | the only way I could see. And I - I - I - it's going into the weekend I think |
| 740 | | they're probably gonna just try to, like, there probably won't be a lot of new |
| 741 | | information until Monday, um, that they can work from. And the initial |
| 742 | | appearance is essentially a review of the charges and, uh, um, a guilty plea or |
| 743 | | a non-guilty plea, um, and like a signing, uh defense. So, um, they don't need |
| 744 | | to build their whole case over the weekend. |
| 745 | | |
| 746 | A: | Okay. |
| 747 | | |
| 748 | Q1: | As - as the - the prosecution here does neither as well. They just need to… |
| 749 | | |
| 750 | A: | Okay. |
| 751 | | |
| 752 | Q1: | …present, you know, probable cause to the charges that are being submitted |
| 753 | | um, and just to see, you know, where, um, where it's going. |
| 754 | | |
| 755 | A: | Okay. |
| 756 | | |
| 757 | Q1: | So. |
| 758 | | |
| 759 | A: | Okay. Yeah. |
| 760 | | |
| 761 | Q: | (Unintelligible) unless you have more questions? |
| 762 | | |
| 763 | A: | No, like, I'm sure I probably have, like… |
| 764 | | | |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B
Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 18 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 18

| | | |
|---|---|---|
| 765 | Q: | (Unintelligible). |
| 767 | A: | …the same questions ten times. |
| 769 | Q: | This time (unintelligible). |
| 771 | A: | (Unintelligible). |
| 773 | Q: | (Unintelligible). |
| 775 | A: | (Unintelligible). |
| 777 | Q1: | Are you gonna - are you gonna take her over? |
| 779 | Q: | I'll take her over. |
| 781 | Q1: | Oh okay thank you. |
| 783 | Q: | Thanks though. |
| 785 | A: | All right thank you. I'll - you said email you since you're off too? |
| 787 | Q1: | Email me… |
| 789 | A: | She's off and you. |
| 791 | Q1: | …I'll come in check - yeah. I'm gonna check in the morning and then if you have, um, questions or you need assistance with, um, like, securing the site for tomorrow if you deicide… |
| 795 | A: | Okay. |
| 797 | Q1: | …you want to stay… |
| 799 | A: | Yeah. |
| 801 | Q1: | …call that dispatch number and just ask to speak with the shift supervisor. Just tell them who you are. |
| 804 | A: | Okay. |
| 806 | Q1: | Yeah. |
| 808 | Q: | I mean, you have my cell… |

US v. Kube (1:19-cr-257-NONE)
USA Ex. B

Case 1:19-cr-00257-NONE-SKO   Document 65-2   Filed 06/10/20   Page 19 of 19

INTERVIEW WITH ERIN COOLEY
Interviewer: Justin Fey
Case # NP19151029
Page 19

810  A:         Okay.
811
812  Q1:        Yeah.
813
814  Q:         …so you can (unintelligible) text me in the morning and say, "Hey just
815             checkin' in (unintelligible)."
816
817  A:         Yeah - yeah that's right.
818
819  Q1:        Yeah.
820
821  A:         It's on the card. Okay.
822
823  Q:         Yeah and just…
824
825  A:         Okay.
826
827  Q:         …we'll just…
828
829  A:         Okay.
830
831  Q:         …chat.
832
833  Q1:        Okay.
834
835  A:         Okay thank you.
836
837  Q1:        Good night.
838
839  Q:         Good night.
840
841
842  The transcript has been reviewed with the audio recording submitted and it is an accurate
843  transcription.
844  Signed_____