# DOUGLAS COUNTY SHERIFFS OFFICE

**19D03715**

Incident Report for 19D03715

---

**Nature:** DOMESTIC DISTUR **Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, EAST WENATCHEE WA 98802

---

**Complainant:** CWH **When Reported:** 17:52:59 07/09/19
**Last:** CENTRAL WASHINGTON HOSPITAL **First:** **Mid:**
**DOB:** **/**/** **Dr Lic:** **Address:** 1201 S MILLER ST
**Race:** **Sex:** **Phone:** (509)662-1511 **City:** WENATCHEE, WA 98801

---

**Offense Codes**
**Reported:** ASNC Assault, Not Classified
**Observed:** ASSM Assault, Simple
**Additional Offense:** ASSM Assault, Simple

UNREDACTED COPY FROM DCSO

Any secondary dissemination of this report must conform to the requirements of RCW 10.97, RCW 42.56 and all other state and federal statutes regarding record dissemination.

**Involvements**

| Date | Type | Description | |
|---|---|---|---|
| 07/09/19 | Name | CENTRAL WASHINGTON HOSPITAL, | Complainant |
| 07/09/19 | Name | COOLEY, ERIN LEE | VICTIM |
| 07/09/19 | Name | KUBE, PAUL STEVEN | SUSPECT |
| 07/09/19 | Cad Call | 17:52:59 07/09/19 DOMESTIC DISTUR | Initiating Call |
| 09/06/19 | DS | PAUL HOLTHOUSE PARKRANGER | Dissemination |

---

**Supplement**
Lemons Initial

INVESTIGATIVE SUMMARY:

On 07/09/2019 at approximately 1752 hours, RiverCom advised of a domestic disturbance at 1924 NW Cascade Ave. The reporting party, an ER nurse from CWH was calling on behalf of Erin L. Cooley ▮▮▮▮▮▮▮▮▮▮), who was involved in a domestic violence situation.

I arrived on scene and contacted Erin, who had swelling to her cheeks,

nose and eyes.  I could see Erin had a possible broken nose and dried blood covering her hands.  I am familiar with Erin and the DV history between her and her husband Paul S. Kube (███████████).  I have responded to Paul and Erin's home numerous times due to their drinking and domestic violence.  Each time I speak to either party they state no assault took place.  I believe Erin protects Paul, who, as an attorney, knows what to say to law enforcement reference DV situations.

 As I began speaking with Erin, she was hesitant to give me any information on what had occurred.  Erin stated her and Paul were drinking the night of 07/08/2019, packing items as they were separating.  Erin stated she grabbed a framed photo off the wall and Paul attempted to grab it from her.  Erin stated they began getting physical with each other and the next thing she remembers is waking up with blood coming from her nose.  Erin stated she put frozen peas on her face and went to bed.  Erin stated she slept most of the day.

 Erin stated she then woke up and attempted to contact Paul who was not at the residence.  Erin stated she got a hold of Paul at his law firm, and Paul stated she had struck him while he was asleep.  Paul said he pushed her away from him and she fell, striking her nose.  Erin stated it was possible as she didn't have any memory of how her nose/face received trauma.

 Erin stated she was afraid to get Paul in trouble and wouldn't assist in the investigation further than the information she had given.  Erin would not give me a recorded or written statement, and did not want to fill out a medical records release.  I was able to get a minimal amount of photos from Erin.

 When I asked her where I could contact Paul, she stated, "you wont find Paul," and, "He probably left town."  Erin also asked I not check his office at 300 Eastmont Ave.  Erin would change from being cooperative, to being afraid of Paul getting in trouble.  Erin at no time gave a definitive reason as to what happened to her nose/face.  Erin did state later, after seeing her injuries, she attempted to call 911, but Paul had taken her cell phones.  Erin stated, "I even attempted to Google, *How to get a hold of 911 without a phone*."

 I completed what sections of the DV packet Erin would assist me in completing and issued her the DV resource page.  As I was about to end my contact with Erin, the nurse arrived to discharge Erin, stating she had a fractured nose.

 I told Erin I would be attempting to contact Paul reference the assault, and Erin stated ok.

 As I leaving CWH, I contacted Sgt. Baker to apprise him of the incident.  Sgt. Baker believed there was not enough probable cause to arrest Paul without

**UNREDACTED COPY FROM DCSO**

Any secondary dissemination of this report must conform to the requirements of RCW 10.97, RCW 42.56 and all other state and federal statutes regarding record dissemination.

further statements from Paul. I attempted to contact Paul at his home at 1924 NW Cascade Ave, but it appeared no one was home. I called Paul's cell phone, which went straight to voicemail and left a message with Paul's voicemail asking him to contact me reference the incident. I then drove to his office at 300 Eastmont Ave and observed no one at the location.

On 07/10/2019 at approximately 0108 hours, Erin requested I respond to her location to talk about the incident further. I arrived at the residence and contacted Erin, who was extremely intoxicated. I went inside her home and noticed dried blood drops on the tile floor in her kitchen and hallway. I asked what she needed to speak with me about and she stated she wanted to "re-nig" on the statements she made earlier to me at CWH. Erin stated she spoke with Paul and she didn't want to assist in any way with the investigation. As I was leaving the scene I again attempted to contact Paul by phone, leaving him another message.

On 07/10/2019 at approximately 1700 hours, I signed into service and noticed a voicemail in my e-mail inbox. I played the voicemail, which was from Paul stating he would willingly speak with me about the incident. I then called Paul with the number he provided in the voicemail and received no answer. At approximately 2115 hours, I attempted to contact Paul at his residence but no one was home. I again called Paul who did not answer. I left a message with Paul asking him to call me back. As of the typing of this report, I have still not received a call from Paul reference this case.

DISPOSITION: Forward to DCPA

ATTACHMENTS: Photos
DV Packet
Voicemail from Paul

**UNREDACTED COPY FROM DCSO**

Any secondary dissemination of this report must conform to the requirements of RCW 10.97, RCW 42.56 and all other state and federal statutes regarding record dissemination.

DISTRIBUTION: DCPA

This document is being submitted to a judge, magistrate, court and/or prosecutor from an electronic device that is owned, issued and/or maintained by a criminal justice agency.

I certify (declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. (RCW 9A.72.085)

_____
Deputy Marc P. Lemons  DO11
Douglas County Sheriff's Office

Washington State
Time:Wed Jul 10 23:12:15 PDT 2019

Approved MWB9
Fri Jul 12 17:35:27 PDT 2019

---

## Name Involvements:

**SUSPECT :**  S131844
**Last:**  KUBE **First:**  PAUL **Mid:**  STEVEN
**DOB:**  ██████████████████████
**Race:**  W **Sex:**  M **Phone:**  ( ) - **City:**  EAST WENATCHEE, WA 98802

---

**Complainant :**  CWH
**Last:**  CENTRAL WASHINGTON HOSPITAL **First:**  **Mid:**
**DOB:**  \*\*/\*\*/\*\* **Address:**  1201 S MILLER ST
**Race:**  **Sex:**  **Phone:**  (509)662-1511 **City:**  WENATCHEE, WA 98801

---

**VICTIM :**  118346
**Last:**  COOLEY **First:**  ERIN **Mid:**  LEE
**DOB:**  ██████ **Address:**  ██████ NW ██████████
**Race:**  W **Sex:**  F **Phone:**  (775)544-7064 **City:**  EAST WENATCHEE, WA 98802

---

**UNREDACTED COPY FROM DCSO**

Any secondary dissemination of this report must conform to the requirements of RCW 10.97, RCW 42.56 and all other state and federal statutes regarding record dissemination.