

IMG_0092  2020-02-19 13:00



IMG_0093  2020-02-19 12:59



IMG_0094  2020-02-19 12:59



IMG_0095  2020-02-19 12:59



IMG_0096  2020-02-19 12:59



IMG_0097  2020-02-19 13:00



IMG_0098  2020-02-19 13:00



IMG_0099  2020-02-19 13:00



IMG_0100  2020-02-19 12:59



IMG_0101  2020-02-19 13:00



IMG_0102  2020-02-19 13:00



IMG_0103  2020-02-19 13:00



IMG_0104  2020-02-19 13:00



IMG_0105  2020-02-19 13:00



IMG_0106  2020-02-19 13:00



IMG_0107  2020-02-19 13:00



IMG_0108  2020-02-19 13:00