

**FILED**
Nov 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) FOR RECORDS AND INFORMATION PERTAINING TO THE CELLULAR TELEPHONE NUMBER (775) 544-7064 | CASE NO. 1:19-CR-00257-NONE-SKO |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Verizon Wireless Corporation, an electronic communications service provider and/or a remote computing service headquartered in Bedminster, New Jersey, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Verizon Wireless Corporation shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

November 25, 2020
Date

_/s/ Sheila K. Oberto_
Hon. Sheila K. Oberto
United States Magistrate Judge

**ATTACHMENT A**

**I.      The Account(s)**

The Order applies to certain records and information associated with the following phone number:

**(775) 544-7064**; a Samsung Galaxy S9 Plus cellular telephone registered to EK.

**II.     Records and Other Information to Be Disclosed**

Verizon Wireless Corporation is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period September 5, 2019 to September 6, 2019 regardless of whether such information is located within or outside of the United States:

   A.   The following information about the customers or subscribers of the Account:

   1.   Names;

   2.   Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   3.   Telephone or instrument numbers including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

4. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address)

The Provider is hereby ordered to disclose the above information to the government within **10 DAYS** of issuance of this Order.