Kevin P. Rooney, Of Counsel, # 107554
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel:  (559) 233-5333
Fax: (559) 233-4333

Attorney for Erin Kube

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>PAUL KUBE,<br><br>    Defendant | Case No.: 1:19 CR 257 NONE/SKO<br><br>ORDER SEALING DOCUMENT SUBMITTED IN SUPPORT OF PAUL KUBE'S MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION OF NO ASSOCIATION WITH ALLEGED VICTIM |

Having read and considered the request to file a document, specifically a letter, under seal, the Court finds that Ms. Kube has compelling privacy and dignity interests in the document.

The Court hereby ORDERS the submitted document to be filed under seal in this case.

IT IS SO ORDERED.

Dated:  __**December 9, 2020**__      _____

             UNITED STATES DISTRICT JUDGE

1