**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. 1:19-cr-00257-NONE-SKO |
| )                                     | |
| Plaintiff,              ) | MOTION FOR MODIFICATION OF |
| )                                     | THE PRETRIAL RELEASE CONDITION |
| )                                     | OF NO ASSOCIATION WITH VICTIM; |
| vs.                                   ) | AND ORDER THEREON |
| )                                     | |
| )                                     | |
| PAUL S. KUBE,                         ) | Date:   December 11, 2020 |
| )                                     | Time:   10:30 AM |
| )                                     | Judge:  Hon. Dale A. Drozd |
| Defendant.        ) | |
| _____) | |

**TO: THE HONORABLE DALE A. DROZD; JEFFREY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTE** that Defendant PAUL S. KUBE, by and through his Attorney of Record, CAROL ANN MOSES, will move and hereby does so move to modify his Pretrial Release Conditions to remove the condition ordering contact with Mrs. Kube only by video, email or telephone so that Mr. Kube may reside in his home with his wife. Mr. Kube also moves to terminate or modify the location monitoring device and curfew.

Assistant United States Attorney Jeffrey Spivak objects to these requests.

On September 10, 2019, Mr. Kube was released from custody with release conditions. On March 31, 2020, Mr. Kube's conditions of release were modified providing curfew hours from 9:00 PM to 5:00 AM. On April 27, Mr. Kube's conditions of release were modified to allow

contact with Mrs. Kube by video, email or telephone.

The court ordered separation is extremely difficult for Mr. and Mrs. Kube. They have been separated for 15 months. The couple is anxious to begin a family and the separation hinders this endeavor. Mr. and Mrs. Kube own their own home and chose its location close to schools with a family in mind.

It should be noted that Mrs. Kube did not request nor did she ever want an order keeping the couple separate. She has at all times wanted her husband at home for emotional and practical support. The separation is especially hard on Mrs. Kube as she is not from the area. The only friend and support system she has nearby is her husband.

Mr. Kube has been 100% compliant in the Pretrial Release conditions and stay away order since its implementation, which means Mr. Kube is fully compliant with all counseling and alcohol treatment, alcohol testing and curfew restrictions. Additionally, on his own, he attended and graduated alcohol treatment and counseling at Columbia Counseling, which is a Washington State Certified Drug and Alcohol Agency. As part of his counseling and treatment he attended twice weekly AA meetings, which he enjoys and will continue on his own forever. Mr. Kube also is counseling with Catholic Community Services for personal counseling with a focus on developing and improving communication skills and related dispute resolution skills. Mr. Kube continues counseling with Catholic Community Services.

Mrs. Kube participated in separate forms of counseling throughout the pendency of the case. Mr. and Mrs. Kube wish to begin couple's counseling when they are reunited. Both Mr. and Mrs. Kube believe individual counseling has already taught them better communication skills. Mr. and Mrs. Kube anticipate couple's counseling will provide them with an even stronger relationship.

As mentioned above, Mr. Kube is also fully compliant in the location monitoring program. There is no reason to believe Mr. Kube will violate the law after such a long period of compliance with its terms. His sobriety and counseling are important to him. Mr. Kube has invested too much time and energy to backslide from his progress in sobriety and communication skills to require continued monitoring.

1  Stephen Krous, Pretrial Services Officer in the Eastern District of Washington, and who
2  monitors Mr. Kube, is aware of this Modification Request. Frank Guerrero, Pretrial Services
3  Officer monitoring Mr. Kube in the Eastern District of California, is also aware of this request
4  and reports that Mr. Kube maintains in full compliance with all that has been asked of him.

The proposed restraining order modification is FROM:

> The defendant may have contact with the victim "by video, email, or telephone. All in person contact is prohibited unless in the presence of counsel or approved in advance by the PSO."

TO:

> The restraining order/stay away order will be terminated to reflect allowed contact as long as it is peaceful contact.

The proposed curfew modification of the location monitoring program is FROM:

> The curfew is modified to "9:00PM to 5:00 PM or as adjusted by the PSO for medical, religious services, employment or court-ordered obligations."

TO:

> The curfew is lifted.

The proposed location monitoring device modification is FROM:

> A location monitoring device will be activated.

TO:

> The location monitoring device will be removed.

All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

///

///

CONCLUSION

Mr. Kube hereby requests a Pretrial Release Modification of his Pretrial Release Conditions for the removal of the condition ordering no in person association with Mrs. Kube and the removal of the location monitoring program curfew and device.

Dated: December 1, 2020        /s/*Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PAUL S. KUBE

**ORDER**

Following hearing, the defendant's motion is granted. Defendant Kube's conditions of Pretrial Release are modified as follows:

Conditions of Release for Mr. Kube are hereby modified:

1. The restraining order/stay away order is terminated to reflect that such contact is allowed as long as it is peaceful contact.

2. The curfew is lifted.

3. The location monitoring device is removed.

All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 11, 2020**        _____
UNITED STATES DISTRICT JUDGE

MOTION FOR MODIFICATION OF PRETRIAL RELEASE
CONDITION OF NO ASSOCIATION WITH VICTIM         4