**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00257-NONE-SKO |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE; AND ORDER THEREON |
| vs. ) | |
| PAUL S. KUBE, ) | Date:<br>Time:<br>Judge: Hon. Dale A. Drozd |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PAUL S. KUBE, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JUSTIN GILIO, that a request for an extension for the briefing schedule be granted.

Assistant United States Attorney Justin Gilio joins this request.

After the arraignment on the Indictment, the government sought a motions schedule. Motions were filed on March 23, 2020 which included a Motion in Limine to Admit Prior Acts Evidence under Federal Rule of Evidence 404(b) by the government, a Motion for Discovery Memorandum of Points and Authorities in Support Thereof by Mr. Kube, a Motion to Suppress Cell Phone Photos Obtained Without a Warrant; Memorandum of Points and Authorities; Request for Evidentiary Hearing by Mr. Kube, and a Motion for Discovery Henthorn Material by Mr. Kube.

On June 5, 2020 a Motion Hearing regarding suppressing photos obtained from Mrs. Kube's cell phone was held and an Evidentiary Hearing date was set. On June 10, 2020 the Evidentiary Hearing was held; the Court continued the matter after the hearing without ruling on the matter. On July 20, 2020 the Court issued a minute order for a further evidentiary hearing to be set. Further Evidentiary Hearing was held on December 11, 2020.

At the conclusion of the Evidentiary Hearing on December 11, 2020, Judge Drozd allowed counsel to submit post evidentiary briefing. Defense Counsel is to file by December 28, 2020 and the government is to file their brief by January 4, 2021.

The parties are engaged in settlement negotiations and request additional time to prepare and file the relevant briefs. The parties agree the following extension of time will be adequate:

**February 15, 2021: Defense Brief Due**

**February 22, 2021: USA Brief Due**

Dated: December 21, 2020     /s/ *Carol Ann Moses*
                             CAROL ANN MOSES
                             Attorney for Defendant
                             PAUL S. KUBE

Dated: December 21, 2020     /s/ *Justin Gilio*
                             JUSTIN GILIO
                             Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the above request to extend the time for post evidentiary briefing is granted. Supplemental briefing in case number 1:19-cr-00257-NONE-SKO is due by the Defense February 15, 2021 and by the government February 22, 2021.

IT IS SO ORDERED.

Dated:   **December 21, 2020**                  _____
                                                UNITED STATES DISTRICT JUDGE