1    **CAROL ANN MOSES  #164193**
Attorney at Law
2    7636 N. Ingram Ave., #104
Fresno, California  93711
3    Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530
4    carol@yosemitelawyer.com

5    Attorney for Defendant,
PAUL S. KUBE
6

7                  UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00257-NONE-SKO |
|---|---|---|---|
| 11 | Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO JUNE 30, 2021; |
| 12 | | ) ) | ORDER THEREON |
| 13 | vs. | ) ) | |
| 14 | PAUL S. KUBE, | ) ) ) | Date:   June 30, 2021 (Proposed) Time:  1:00 PM Judge: Hon. Sheila K. Oberto |
| 15 | | ) | |
| 16 | Defendant. _____ | ) ) | |

17

18       **IT IS HEREBY STIPULATED** by and between the Defendant, PAUL S. KUBE, his

19    attorney of record, CAROL ANN MOSES, Assistant United States Attorney, JEFFRREY A.

20    SPIVAK, and Assistant United States Attorney, JUSTIN GILIO, that the Status Conference in the

21    above-captioned matter currently scheduled for April 7, 2021 at 1:00 PM be continued to June 30,

22    2021 at 1:00 PM.

23       Assistant United States Attorney Justin Gilio and Assistant United States Attorney Jeffrey

24    A. Spivak join this request.

25       Based on an incident that occurred in Yosemite National Park on September 5, 2019, a

26    Criminal Complaint was filed on September 6, 2019 alleging that Mr. Kube committed the

27    following acts: one count of 18 U.S.C. 2261(a)(1) – Domestic violence in the Special Territorial

28    and Maritime Jurisdiction of the United States with the intent to kill, injure, harass, or intimidate

1  spouse, intimate partner, or dating partner, and who, in the course of or as a result of such

2  presence, commits of attempts to commit a crime of violence against that spouse, intimate

3  partner, or dating partner; one count of 36 C.F.R. 2.35(c) – Presence in a park area when under

4  the influence to a degree that may endanger oneself or another person; and one count of 36 C.F.R.

5  2.34(a)(3) – Disorderly conduct: makes noise that is unreasonable.

6      Mr. Kube's Pretrial Release Conditions have been modified to reflect fewer restrictions.

7  Mr. Kube remains fully compliant of all conditions of release. The parties are engaged in active

8  settlement negotiations and request additional time to prepare and further discuss settlement

9  agreement.

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Mr. Kube respectfully requests a continuance of his Status Conference in Case No. 1:19-cr-00257-NONE-SKO from April 7, 2021 at 1:00 PM to June 30, 2021 at 1:00 PM.

Dated: March 23, 2021                    /s/ Carol Ann Moses
                                         CAROL ANN MOSES
                                         Attorney for Defendant,
                                         PAUL S. KUBE

Dated: March 23, 2021                    /s/ Justin Gilio
                                         JUSTIN GILIO
                                         Assistant United States Attorney

Dated: March 23, 2021                    /s/ Jeffrey A. Spivak
                                         JEFFREY A. SPIVAK
                                         Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request to continue the Status Conference in Case No. 1:19-cr-00257-NONE-SKO from April 7, 2021 at 1:00 PM to June 30, 2021 at 1:00 PM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **March 23, 2021**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE