1  **CAROL ANN MOSES  #164193**
　 Attorney at Law
2  7636 N. Ingram Ave., #104
　 Fresno, California  93711
3  Telephone:  (559) 449-9069
　 Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
　 PAUL S. KUBE
6
　 　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
7
　 　　　　　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,　　)　　CASE NO. 1:19-cr-00257-NONE-SKO
　 　　　　　　　　　　　　　　　　　　　　　)
11  　　　　　　　　Plaintiff,　　　　　　)　　STIPULATION FOR EXTENSION OF
　 　　　　　　　　　　　　　　　　　　　　　)　　BRIEFING SCHEDULE; AND
12  　　　　　　　　　　　　　　　　　　　　　)　　ORDER THEREON
　 vs.　　　　　　　　　　　　　　　　　　　)
13  　　　　　　　　　　　　　　　　　　　　　)
　 　　　　　　　　　　　　　　　　　　　　　)　　Date:
14  PAUL S. KUBE,　　　　　　　　　　　　)　　Time:
　 　　　　　　　　　　　　　　　　　　　　　)　　Judge:  Hon. Dale A. Drozd
15  　　　　　　　　　　　　　　　　　　　　　)
　 　　　　　　　　Defendant.　　　　　　)
16  _____)

17

18  　　　　　**IT IS HEREBY STIPULATED** by and between the Defendant, PAUL S. KUBE, his

19  attorney of record, CAROL ANN MOSES, Assistant United States Attorney, JEFFREY A.

20  SPIVAK, and Assistant United States Attorney, JUSTIN GILIO, that a request for an extension

21  for the briefing schedule be granted.

22  　　　　　Assistant United States Attorney Justin Gilio and Assistant United States Attorney Jeffrey

23  A. Spivak join this request.

24  　　　　　After the arraignment on the Indictment, the government sought a motions schedule.

25  Motions were filed on March 23, 2020 which included a Motion in Limine to Admit Prior Acts

26  Evidence under Federal Rule of Evidence 404(b) by the government, a Motion for Discovery

27  Memorandum of Points and Authorities in Support Thereof by Mr. Kube, a Motion to Suppress

28  Cell Phone Photos Obtained Without a Warrant; Memorandum of Points and Authorities; Request

1  for Evidentiary Hearing by Mr. Kube, and a Motion for Discovery Henthorn Material by Mr.
2  Kube.
3       On June 5, 2020 a Motion Hearing regarding suppressing photos obtained from Mrs.
4  Kube's cell phone was held and an Evidentiary Hearing date was set. On June 10, 2020 the
5  Evidentiary Hearing was held; the Court continued the matter after the hearing without ruling on
6  the matter. On July 20, 2020 the Court issued a minute order for a further evidentiary hearing to
7  be set. Further Evidentiary Hearing was held on December 11, 2020.
8       At the conclusion of the Evidentiary Hearing on December 11, 2020, Judge Drozd
9  allowed counsel to submit post evidentiary briefing. Defense Counsel is to file by April 5, 2021
10 and the government is to file their brief by April 12, 2021.
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties are engaged in active settlement negotiations and request additional time to prepare and file the relevant briefs. The parties agree the following extension of time will be adequate:

**June 30, 2021: Defense Brief Due**

**July 7, 2021: USA Brief Due**

**July 14, 2021: Replies Due**

Dated: March 23, 2021  /s/ *Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PAUL S. KUBE

Dated: March 23, 2021  /s/ *Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney

Dated: March 23, 2021  */s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the above request to extend the time for post evidentiary briefing is granted. Supplemental briefing in case number 1:19-cr-00257-NONE-SKO is due by the Defense June 30, 2021 and by the government July 7, 2021. Any reply is due by July 14, 2021.

IT IS SO ORDERED.

Dated:   **March 23, 2021**                          _____
UNITED STATES DISTRICT JUDGE