**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:19-cr-00257-NONE-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING TO OCTOBER |
| ) | 1, 2021; ORDER THEREON |
| vs. ) | |
| ) | |
| ) | Date: October 1, 2021 |
| PAUL S. KUBE, ) | Time: 8:30 AM |
| ) | Judge: Hon. Dale A. Drozd |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PAUL S. KUBE, his attorney of record, CAROL ANN MOSES, and Assistant United States Attorney, JEFFRREY A. SPIVAK, that the Sentencing Hearing in the above-captioned matter currently scheduled for September 17, 2021 at 8:30 AM be continued to October 1, 2021 at 8:30 AM.

Assistant United States Attorney Jeffrey A. Spivak joins this request.

On June 25, 2021, Mr. Kube pleaded guilty to Count Two of the Indictment, a violation of 18 U.S.C. § 113(a)(4) – Assault by striking, beating or wounding. Mr. Kube is currently scheduled to be sentenced on September 17, 2021 at 8:30 AM in front of the Honorable Dale A. Drozd.

Due to the work and vacation schedules of parties in this case, the currently scheduled sentencing date does not allow for the Presentence Investigation Report Interview to be held in

time for the Probation Officer to have ample time to prepare the Presentence Investigation Report and send it to the parties for draft objections or formal objections.

Mr. Kube remains fully compliant with all terms and conditions of his pretrial release.

Mr. Kube respectfully requests a continuance of his Sentencing Hearing in Case No. 1:19-cr-00257-NONE-SKO from September 17, 2021 at 8:30 AM to October 1, 2021 at 8:30 AM.

Dated: July 9, 2021      */s/ Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant,
PAUL S. KUBE

Dated: July 9, 2021      */s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request to continue the Sentencing Hearing in Case No. 1:19-cr-00257-NONE-SKO from September 17, 2021 at 8:30 AM to October 1, 2021 at 8:30 AM is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: **July 11, 2021**      *Dale A. Drozd*
UNITED STATES DISTRICT JUDGE