Kevin P. Rooney, Of Counsel, # 107554
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Erin Kube

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL KUBE,<br><br>　　　　Defendant | Case No.: 1:19 CR 257 NONE/SKO<br><br>ORDER SEALING TWO LETTERS SUBMITTED IN CONNECTION WITH PAUL KUBE'S SENTENCING |

    Having read and considered the request to file documents, specifically two letters, under seal, the Court finds that Ms. Kube has compelling privacy and dignity interests in the document.

    The Court hereby ORDERS the submitted documents to be filed under seal in this case.

IT IS SO ORDERED.

  Dated: __**September 22, 2021**__　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE