**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PAUL S. KUBE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CASE NO. 1:19-cr-00257-NONE-SKO |
| ) | |
| Plaintiff,           ) | REQUEST TO EXONERATE |
| ) | APPEARANCE AND COMPLIANCE |
| ) | BOND; ORDER THEREON |
| vs.                                                        ) | |
| ) | |
| ) | Date: |
| PAUL S. KUBE,                                      ) | Time: |
| ) | Judge:  Hon. Dale A. Drozd |
| ) | |
| Defendant.      ) | |
| _____) | |

Defendant PAUL S. KUBE, by and through his Attorney of Record, CAROL ANN MOSES, hereby requests this Court exonerate the $25,000.00 Appearance and Compliance Bond which formerly secured the appearance of Mr. Kube during his pre-trial release.

The Appearance and Compliance Bond was issued on September 10, 2019 and Mr. Kube was released from custody with release conditions. Mr. Kube paid his bond in full.

A Change of Plea Hearing was held June 25, 2021. Mr. Kube pleaded guilty to Count Two of the Indictment, a violation of 18 U.S.C. § 113(a)(4) – Assault by striking, beating or wounding, pursuant to a plea agreement.

On October 15, 2021, Mr. Kube was sentenced by the Honorable Dale A. Drozd to 60 months of probation with special conditions. Mr. Kube was also ordered to pay a lump sum payment of $2,025.00.

Mr. Kube respectfully requests the Court exonerate the $25,000.00 Appearance and Compliance Bond which formerly secured his appearance during his pre-trial release in Case No. 1:19-cr-00257-NONE-SKO. Mr. Kube is no longer on pre-trial release pursuant to the judgment entered on October 15, 2021 by the Honorable Dale A. Drozd.

Dated: October 21, 2021            /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant,
                                   PAUL S. KUBE

ORDER

GOOD CAUSE APPEARING, the above request for the Court to exonerate the $25,000.00 Appearance Bond which formerly secured the appearance of Mr. Kube during his pre-trial release in Case No. 1:19-cr-00257-NONE-SKO is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated:   **October 21, 2021**                    _Dale A. Drozd_
                                                 UNITED STATES DISTRICT JUDGE